## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

OSHER ROTKIN,

                Plaintiff,

       v.

CITIBANK,

                Defendant.

Civil Action No. 3:17-CV-03510-FLW-TJB

### STIPULATION OF DISMISSAL

        Pursuant to Federal Rule of Civil Procedure 41, the parties hereby stipulate to the dismissal of this action with prejudice, with each party bearing its, his or her own costs.

/s/ Edward B. Geller
Edward B. Geller, Esq.,
Edward B. Geller, Esq., P.C.
15 Landing Way
Bronx, New York  10464
Telephone: (914) 473-6783
ephb@aol.com

*Attorney for Plaintiff*

Dated: February 6, 2018

/s/ Martin C. Bryce, Jr.
Martin C. Bryce, Jr., Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8164
bryce@ballardspahr.com

*Attorneys for Citibank, N.A..*

Dated: February 6, 2018

        It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

FREDA L. WOLFSON, U.S.D.J. 2-8-18